ACCEPTED
01-15-00090-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 5:58:06 PM
CHRISTOPHER PRINE
CLERK

## IN THE FIRST COURT OF APPEALS

VICKY McKENNA

VS.

BAYLOR COLLEGE OF MEDICINE

§
§
§
§
§
§

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 5:58:06 PM
CHRISTOPHER A. PRINE
Clerk

CASE NO. 01-15-00090-CV

---

### APPELLANT'S THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

---

Appellant, Vicky McKenna, files this Motion under Rule 10.5(b), TEX. R. APP. P., and asks this Court for an extension of time in which to file Appellant's Brief. In support of this motion, Appellant would show the Court as follows.

1.     This is Appellant's third request for an extension to file her brief.

2.     Appellant requests an extension of seven (7) days in which to file her brief up to August 4, 2015.

3.     On July 28, final revisions were being made to Appellant's brief. All revisions were lost when the program crashed. Revisions were made again and lost again when the Word Perfect software failed.

4.     The source and reason for the failure is unknown and the computer technicians have been contacted for assistance.

5.     It is unknown when the issue will be resolved, but the brief cannot be completed without correcting outstanding issue with the software.

6.     Appellant submits that Appellee is not prejudiced by this delay.

7.     This request is not made for delay only but in order that justice may be done.

WHEREFORE, the Appellant, Vicky McKenna, requests the Court extend the time for Appellant to file her brief 7 days to August 7, 2015. Appellant also requests any other and further relief the Court deems just under the circumstances.

Respectfully submitted,

By: /s/ Glenn W. Patterson, Jr.
Glenn W. Patterson, Jr.
State Bar No. 15612500
11 Greenway Plaza, Suite 2820
Houston, Texas 77046
(713) 961-1200
(713) 961-0941 (Fax)
glenn@patterson-adr.com

**ATTORNEY FOR PLAINTIFF**
**VICKY MCKENNA**